**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

UNITED STATES OF AMERICA,          :
                                   :
v.                                 :
                                   :          Case No.: 7:20-CR-59 (WLS-TQL)
                                   :
ERICA ADDERLY,                     :
                                   :
                                   :
          Defendant.               :
_____:

## **ORDER**

Presently pending before the Court is Defendant's Motion to File Under Seal, which was filed on April 17, 2023. (Doc. 45.) Therein, Defendant requests that this Court enter an Order sealing the contents of Defendant's Motion for Early Termination of Supervised Release, which was forwarded to the Court for *in camera* review, in order to protect Defendant's confidential information. (*Id.*)

In support of the present Motion, Defendant has also forwarded two exhibits to the Court that Defendant puts forth in support of her Motion for Early Termination of Supervised Release. It does not appear the Government has been consulted regarding the present Motion to Seal. (Doc. 45.)

There is a common-law presumption that judicial records are public documents. *Nixon v. Warner Commc'n, Inc.*, 435 U.S. 589, 597 (1978); *Chicago Tribune Co v. Bridgestone/Firestone*, 263 F.3d 1304, 1311 (11th Cir. 2001.) That said, after an *in camera* review of the materials Defendant moves to seal, this Court finds that notwithstanding the public's general interest in transparency, sealing is appropriate in this matter at this time.

Accordingly, Defendant's Motion to Seal (Doc. 45) is **GRANTED**. An unredacted version of the relevant documents shall be filed under seal, but be made available to Counsel for the Government as well as the United States Probation Office. The sealed documents shall remain under seal until further of the Court. The Court shall take under advisement, Defendant's Motion for a Hearing.

**SO ORDERED**, this 26th day of April 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**