IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:20-CR-59 (WLS-TQL) |
| | : |
| ERICA ADDERLY, | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

Presently before the Court is Defendant's Unopposed Motion to File Under Seal, which was filed on June 27, 2023. (Doc. 49.) Therein, Defendant requests that this Court enter an Order sealing the contents of Defendant's Consent Motion for a Hearing, which was forwarded to the Court for *in camera* review, in order to protect Defendant's confidential information. (*Id.*) In support of the present Motion, Defendant has also forwarded an exhibit to the Court that Defendant puts forth in support of her Motion for Early Termination of Supervised Release. (Doc. 47.)

There is a common-law presumption that judicial records are public documents. *Nixon v. Warner Commc'n, Inc.*, 435 U.S. 589, 597 (1978); *Chicago Tribune Co v. Bridgestone/Firestone*, 263 F.3d 1304, 1311 (11th Cir. 2001.) That said, after an *in camera* review of the exhibit Defendant moves to seal, this Court finds that notwithstanding the public's general interest in transparency, sealing is appropriate in this matter at this time.

Accordingly, Defendant's Motion to Seal (Doc. 49) is **GRANTED**. An unredacted version of the relevant documents shall be filed under seal, but be made available to Counsel for the Government as well as the United States Probation Office. The sealed documents shall

1

remain under seal until further of the Court. The Court shall take under advisement, Defendant's Consent Motion for a Hearing pending a recommendation from the United States Probation Office on Defendant's Motion for Early Termination of Supervised Release.

**SO ORDERED**, this 28th day of June 2023.

>   /s/ W. Louis Sands
>   **W. LOUIS SANDS, SR. JUDGE**
>   **UNITED STATES DISTRICT COURT**