# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | CASE NO.: 7:20-CR-00059 (WLS) |
| : | |
| ERICA ADDERLY : | |
| : | |
| Defendant. : | |
| : | |

## ORDER

Before the Court is the Government's Consent Motion (Doc. 59) to Allow Witnesses to Appear Via Zoom ("the Motion"). Therein, the Parties ask the Court to allow witnesses — employees of the U.S. Probation Office in the Northen District of Texas and the representatives of the service providers with whom they contracted — to be called via Zoom for the revocation hearing scheduled for September 14, 2023. The Motion asserts that there is a need to have the Court address the petition (Doc. 53) in an expedited fashion because of Defendant Adderly's unstable living situation, and the Government witnesses in question are having trouble arranging their travel to meet this expedited schedule. The Government has conferred with representatives of the U.S. Probation Office in the Middle District of Georgia and Defense Counsel. Neither object and the Government and Defendant's counsel consent.

Accordingly, for good cause shown, the Government's Consent Motion to Allow Witnesses to Appear via Zoom is **GRANTED**.

**SO ORDERED**, this 12th day of September 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1