IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:20-CR-59 (WLS-TQL) |
| | : | |
| ERICA ADDERLY | : | |
| | : | |
| Defendant. | : | |
| | : | |

## **ORDER**

Before the Court is Defendant Erica Adderly's Unopposed Motion (Doc. 67) to Modify Supervised Release Conditions. Therein, Defendant Adderly asks this Court to modify the standard condition of her supervised release that she have no unsupervised contact with minors. The Government does not oppose Defendant Adderly's motion.

Defendant Adderly was convicted of one count of Failure to Register as a Sex Offender in violation of 18 U.S.C. § 2250 and was sentenced by this Court to time served and a period of supervised release of five (5) years. (Doc. 42). Defendant Adderly's sentence of supervised release contained the condition of supervision that:

> You shall not associate with or have contact with persons under the age of 18, except in the presence of a responsible adult who is aware of the nature of your background and current offense, and who has been approved in advance by the probation officer.

(Doc. 42, at 4).

In Defendant Adderly's prior case which required her to register, after she was released from Federal Prison, U.S. District Court Judge Donald L. Graham modified the same condition of release which is the subject of the instant motion and Ordered that Defendant Adderly "may have supervised contact with children in general and that she may have unsupervised contact with her children specifically." (Doc. 67-1). Defendant Adderly's minor children have resided with her since that Order, and in that time, there has been no allegation made which suggests that Defendant Adderly poses any risk to her

children. (Doc. 67). Defendant Adderly has the sole legal and physical custody of her two children, aged 12 and 14. (*Id.*)

Defense counsel has conferred with the Government which does not oppose the Motion. (Doc. 67, at 2).

The Court, therefore, because the Government does not object and for good cause shown, **GRANTS**, Defendant Adderly's Unopposed Motion (Doc. 67) to Modify Supervised Release Conditions. The Court **ORDERS** that Defendant Adderly's Supervised Release Conditions be modified to allow her to have supervised contact with minor children and unsupervised contact with her own minor children. Accordingly, Defendant Adderly's supervised release conditions are modified as follows:

> You shall not associate with or have contact with persons under the age of 18 (with the exception of your biological children) except in the presence of a responsible adult who is aware of the nature of your background and current offense, and who has been approved in advance by the probation officer. Contact includes any direct correspondence, telephone, internet or other electronic communication, or by third parties.

**SO ORDERED**, this 29th day of September 2023.

>  /s/ W. Louis Sands
> **W. LOUIS SANDS, SR. JUDGE**
> **UNITED STATES DISTRICT COURT**