IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:20-CR-59 (WLS) |
| | : | |
| ERICA ADDERLY | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

Before the Court is Defendant's Motion to File Motion Under Seal (Doc. 73) ("the Motion"). Therein, Defendant moves the Court for leave to file a forthcoming Motion for Early Termination of Supervised Release and the exhibits attached thereto under seal. For good cause shown, the Motion (Doc. 73) is **GRANTED**. The Clerk is **DIRECTED** to file the contents of Defendant's Motion for Early Termination of Supervised release and the two exhibits attached thereto under seal subject to further order of the Court.

**SO ORDERED**, this 11th day of February 2025.

                                            **/s/ W. Louis Sands**
                                            **W. LOUIS SANDS, SR. JUDGE**
                                            **UNITED STATES DISTRICT COURT**