# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:20-CR-59 (WLS-ALS) |
| | : | |
| ERICA ADDERLY | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Before the Court is Defendant Erica Adderly's ("Defendant") Motion for Early Termination of Supervised Release (Doc. 75) ("the Motion'). It has come to the Court's attention that the Government does not have access to the sealed motion. Accordingly, the Clerk is **DIRECTED** to make the Motion for Early Termination of Supervised Release (Doc. 75) and its attachments available to the Government. If Defendant chooses to file a reply, the Clerk shall make that document and its attachments likewise available to the Government.

Additionally, the deadline for the Government to file a response to the Motion is **EXTENDED** such that the Government's response shall be submitted no later than **Tuesday, March 11, 2025**.

**SO ORDERED**, this 3rd day of March 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**
