## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:20-CR-00059 (WLS-ALS-1) |
| | : | |
| ERICA ADDERLY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### ORDER

Before the Court is Defendant Erica Adderly's ("Defendant") Motion for Early Termination of Supervised Release (Doc. 75) ("the Motion'). The Court has determined that a hearing is appropriate on the Motion. A hearing will be set by separate notice or Order. At the hearing, the Court will hear arguments and receive evidence related to the grounds asserted in the Motion.

**SO ORDERED**, this 14th day of March 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1