# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:20-CR-00059 (WLS-ALS-1) |
| | : | |
| ERICA ADDERLY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

The Court scheduled a hearing on Defendant's Motion for Early Termination of Supervised Release (Doc. 75) for June 26, 2025, at 2:30 P.M. At the hearing, the Court will hear arguments and receive evidence related to the grounds asserted in Adderly's pending Motion. (Doc. 78 at 1).

But also, the Parties shall be prepared to discuss the final disposition of Adderly's supervised release. In September 2023, the Court found four violations of Adderly's supervised release. (*See* Doc. 71 at 3). Yet it continued the final disposition to allow Defendant the opportunity to stabilize her housing. (*Id.*) The Court has yet to resolve that matter. Hence the Parties should be prepared to discuss this issue with the Court at the hearing as well.

**SO ORDERED**, this 17th day of June 2025.

                                                  **/s/ W. Louis Sands**
                                                  **W. LOUIS SANDS, SR. JUDGE**
                                                  **UNITED STATES DISTRICT COURT**